**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6496**

_____

PHILLIP C. REEVES,

        Plaintiff - Appellant,

    v.

SCOTTY BODIFORD; DEHLEM COMPAGNA; KIMBERLY OLSZEWSKI; RICHARD GILLESPIE; OFFICER KIRKENDOLL; D. VALEZ; WILLIAMS ANDERSON; SERGEANT CROUCH,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Paige Jones Gossett, Magistrate Judge.  (0:24-cv-06885-CMC-PJG)

_____

Submitted:  March 12, 2026                        Decided:  March 17, 2026

_____

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Phillip Charles Reeves, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip C. Reeves seeks to appeal the magistrate judge's order directing Reeves to file a second amended complaint containing all the claims he sought to pursue.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Reeves seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*